SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
YEONG LEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| YEONG LEE, | Case No.: 8:24-cv-00117 CJC (ADSx) |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| vs. | |
| HELEN HO D/B/A O HAPPY NAILS; DUC TRAN, AS TRUSTEE OF THE MDRLL TRUST; and DOES 1 to 10, | |
| Defendants. | |

Notice is hereby given that Plaintiff YEONG LEE ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: April 11, 2024                SO. CAL EQUAL ACCESS GROUP

                                     */s/ Jason J. Kim*
                                     JASON J. KIM
                                     Attorney for Plaintiff