UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-00117-CJC-ADS | Date | April 12, 2024 |
| Title | Yeong Lee v. Helen Ho et al | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>　　　　　　　　　　<u>Not Reported</u>
Deputy Clerk　　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

None Present　　　　　　　　　　　　　None Present

**PROCEEDINGS:　(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

　　The Court, having been notified by a Notice of Settlement [19] that the case settled hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

　　The Court retains jurisdiction for thirty (30) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　－　：　－

　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　rrp

cc: